**92-2243.** In re Custody of Ahmad. *Hamilton County*, No. C–920527. On motion to reconsider denial of request for extension of time. Motion granted and request granted.

MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.

**92-2249.** State v. Morris. *Cuyahoga County*, No. 59453. On motion for leave to file delayed appeal. Motion denied.

RESNICK, J., dissents.

**92-2250.** Nur v. State. *Cuyahoga County*, No. 61077. On motion for leave to file notice of appeal instanter. Motion granted.

RESNICK, J., dissents.

**92-2251.** State v. Porter. *Cuyahoga County*, No. 54912. On motion for leave to file delayed appeal. Motion denied.

## JURISDICTIONAL MOTIONS ALLOWED

**92-1768.** Crabtree v. Van Hooser. *Ross County*, No. 1703.

SWEENEY, HOLMES and RESNICK, JJ., dissent.

**92-1816.** State v. Campbell. *Fulton County*, No. 91FU000017.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92-1865.** In re Martin. *Monroe County*, No. 692.

RESNICK, J., dissents.

**92-1875.** Newman v. United Ohio Ins. Co. *Lawrence County*, No. 91–CA–26.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92-1909.** Brinkman v. Ross. *Franklin County*, No. 91AP–1510.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92-1933.** Eggert v. Puleo. *Cuyahoga County*, Nos. 62004 and 62005.

SWEENEY and DOUGLAS, JJ., dissent.

**92-1980.** Wendell v. Ameritrust Co., N.A. *Cuyahoga County*, No. 59834.

MOYER, C.J., SWEENEY and RESNICK, JJ., dissent.

**92-1982.** Stanton v. Nationwide Mut. Ins. Co. *Hamilton County*, No. C–910750.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92-2041.** Redman v. Watch Tower Bible & Tract Soc. of Pennsylvania. *Wood County*, No. 91–WD–071. On motion and cross-motion to certify the record. Motions allowed.

HOLMES, J., dissents.

RESNICK, J., not participating.

**92-2059.** Ohio Civ. Rights Comm. v. David Richard Ingram D.C., Inc. *Wayne County*, No. 2713. On motion and cross-motion to certify the record. Motions allowed.

SWEENEY, HOLMES and RESNICK, JJ., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**92-1008.** Kalina v. Sagen. *Cuyahoga County*, No. 59761. On motion and cross-motion to certify the record. Motions overruled.

**92-1467.** State v. Shoop. *Hancock County*, No. 59214.

MOYER, C.J., and H. BROWN, J., dissent.

**92-1600.** Hosaflook v. Bar Linn, Inc. *Cuyahoga County*, No. 60382.

WRIGHT, J., dissents.

**92-1777.** State v. Beasley. *Cuyahoga County*, No. 60053.

**92-1829.** Toms v. Ohio Unemp. Comp. Bd. of Review. *Clark County*, No. 2871.